```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

UNITED STATES OF AMERICA

       VS.             :        No. M-2-06-370
                                     MAGISTRATE JUDGE KEMP

BRENDA HINTON

## O R D E R

Upon application and for good cause shown, the United States Attorney is hereby granted leave to file a dismissal of the complaint filed (Docket entry #10) with the United States Magistrate against the named defendant. A certified copy of this Order shall be the authority of the United States Marshal and other persons concerned to act in the premises.

                                      /s/ Terence P. Kemp
                                      United States Magistrate Judge